AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | | |
|---|---|---|
| BRAYDEN JOHNSON, LOGAN RHINES, and KAYLA SAVAGE, individually, and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff(s), | ) ) | |
| v. | ) | Case No. CV-24-495-PRW |
| THE UNIVERSITY OF OKLAHOMA, JOSEPH HARROZ, JR., JEFF BLAHNIK, COURTNEY HENDERSON, DORION BILLUPS, | ) ) ) ) | |
| Defendant(s). | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

The University of Oklahoma
660 Parrington Oval
Norman, OK 73019-0390

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ryan Haynie, OBA No. 32796, Oklahoma Council of Public Affairs, 1401 N. Lincoln Blvd., Oklahoma City, OK, 73104

David H. Thompson, Cooper & Kirk PLLC, 1523 New Hampshire Ave NW, Washington, DC 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
11:37 am, May 15, 2024
*JOAN KANE, CLERK*

By: _____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.  CV-24-495-PRW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

❒  Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | Reset |

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | | |
|---|---|---|
| BRAYDEN JOHNSON, LOGAN RHINES, and KAYLA SAVAGE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>THE UNIVERSITY OF OKLAHOMA, JOSEPH HARROZ, JR., JEFF BLAHNIK, COURTNEY HENDERSON, DORION BILLUPS,<br><br>Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. CV-24-495-PRW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Joseph Harroz, Jr.
Office of the President
660 Parrington Oval, Room 110
Norman, OK 73019

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Ryan Haynie, OBA No. 32796, Oklahoma Council of Public Affairs, 1401 N. Lincoln Blvd., Oklahoma City, OK, 73104

David H. Thompson, Cooper & Kirk PLLC, 1523 New Hampshire Ave NW, Washington, DC 20036

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
11:37 am, May 15, 2024
*JOAN KANE, CLERK*

By: _____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.  CV-24-495-PRW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐  I returned the summons unexecuted because _____ ; or

❐  Other *(specify):*

_____ .


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____ .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*


Additional information regarding attempted service, etc:



**Print**        **Save As...**                                    **Reset**

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | | |
|---|---|---|
| BRAYDEN JOHNSON, LOGAN RHINES, and KAYLA SAVAGE, individually, and on behalf of all others similarly situated, <br><br> Plaintiff(s), <br><br> v. <br><br> THE UNIVERSITY OF OKLAHOMA, JOSEPH HARROZ, JR., JEFF BLAHNIK, COURTNEY HENDERSON, DORION BILLUPS, <br><br> Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. CV-24-495-PRW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Jeff Blahnik
Division of Enrollment Management
Buchanan Hall, 1000 Asp Avenue
Norman, OK 73019

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Ryan Haynie, OBA No. 32796, Oklahoma Council of Public Affairs, 1401 N. Lincoln Blvd., Oklahoma City, OK, 73104

David H. Thompson, Cooper & Kirk PLLC, 1523 New Hampshire Ave NW, Washington, DC 20036

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
11:37 am, May 15, 2024
*JOAN KANE, CLERK*

By: _____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CV-24-495-PRW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒  I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

❒  Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Print**          **Save As...**                                    **Reset**

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | | |
|---|---|---|
| BRAYDEN JOHNSON, LOGAN RHINES, and KAYLA SAVAGE, individually, and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff(s), | ) ) | |
| v. | ) | Case No. CV-24-495-PRW |
| THE UNIVERSITY OF OKLAHOMA, JOSEPH HARROZ, JR., JEFF BLAHNIK, COURTNEY HENDERSON, DORION BILLUPS, | ) ) ) ) | |
| Defendant(s). | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Dorion Billups
Admissions & Recruitment
550 Parrington Oval
Norman, OK 73019

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Ryan Haynie, OBA No. 32796, Oklahoma Council of Public Affairs, 1401 N. Lincoln Blvd., Oklahoma City, OK, 73104

David H. Thompson, Cooper & Kirk PLLC, 1523 New Hampshire Ave NW, Washington, DC 20036

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
11:37 am, May 15, 2024
*JOAN KANE, CLERK*

By:_____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CV-24-495-PRW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

❒  Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Print**        **Save As...**        **Reset**

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | | |
|---|---|---|
| BRAYDEN JOHNSON, LOGAN RHINES, and KAYLA SAVAGE, individually, and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff(s), | ) ) | |
| v. | ) | Case No. CV-24-495-PRW |
| THE UNIVERSITY OF OKLAHOMA, JOSEPH HARROZ, JR., JEFF BLAHNIK, COURTNEY HENDERSON, DORION BILLUPS, | ) ) ) ) | |
| Defendant(s). | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Courtney Henderson
Division of Enrollment Management
Buchanan Hall, 1000 Asp Avenue
Norman, OK 73019

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Ryan Haynie, OBA No. 32796, Oklahoma Council of Public Affairs, 1401 N. Lincoln Blvd., Oklahoma City, OK, 73104

David H. Thompson, Cooper & Kirk PLLC 1523, New Hampshire Ave NW, Washington, DC 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
11:36 am, May 15, 2024
*JOAN KANE, CLERK*

By: _____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CV-24-495-PRW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |