IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRAYDEN JOHNSON, LOGAN RHINES, and KAYLA SAVAGE, individually, and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>vs.<br><br>THE UNIVERSITY OF OKLAHOMA; JOSEPH HARROZ, JR., President; JEFF BLAHNIK, Vice President for Division of Enrollment Management & Chief Enrollment Officer; COURTNEY HENDERSON, Executive Director of Financial Aid Services; and DORION BILLUPS, Director of Connection and Student Engagement,<br><br>*Defendants*. | CASE NO. CIV-24-495-PRW |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Plaintiffs, Brayden Johnson, Logan Rhines, and Kayla Savage. I certify that I am admitted to practice in this Court and registered to file documents electronically with this Court.

Dated: May 15, 2024                     Respectfully submitted,

*s/ Ryan Haynie*
Ryan Haynie, OBA No. 32796
OKLAHOMA COUNCIL OF PUBLIC AFFAIRS
1401 N. Lincoln Blvd.
Oklahoma City, OK 73104
(405) 590-6070
ryan@ocpathink.org