IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRAYDEN JOHNSON, LOGAN RHINES, and KAYLA SAVAGE, individually, and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>vs.<br><br>THE UNIVERSITY OF OKLAHOMA; JOSEPH HARROZ, JR., President; JEFF BLAHNIK, Vice President for Division of Enrollment Management & Executive Director of Office of Admissions & Recruitment; COURTNEY HENDERSON, Executive Director of Financial Aid Services; and DORION BILLUPS, Director of Diversity Enrichment Programs,<br><br>*Defendants*. | Case No. CIV-24-495-PRW |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Civil Rules 83.2(g) and 83.3(b), Ryan Haynie, a member of good standing of the Oklahoma Bar who is authorized to practice in this Court, hereby moves this Honorable Court for entry of an order admitting David H. Thompson of Cooper & Kirk, PLLC, to practice before the Court *pro hac vice* on behalf of Plaintiffs Brayden Johnson, Logan Rhines, and Kayla Savage. The undersigned counsel hereby certifies:

1.      David H. Thompson is a member in good standing of the Bars of the District of Columbia and New York, where he is licensed.

2.      Attached to this motion is David H. Thompson's completed Request for Admission *Pro Hac Vice*.

WHEREFORE, the undersigned counsel respectfully requests that this Honorable Court enter an order granting David H. Thompson leave to appear *pro hac vice* on behalf of Plaintiffs in this matter.

Dated: May 15, 2024                                             Respectfully submitted,

*s/ Ryan Haynie*
Ryan Haynie, OBA No. 32796
OKLAHOMA COUNCIL OF PUBLIC AFFAIRS
1401 N. Lincoln Blvd.
Oklahoma City, OK, 73104
Telephone: (405) 590-6070
Email: ryan@ocpathink.org