UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

BRAYDEN JOHNSON, LOGAN RHINES, and KAYLA SAVAGE, individually, and on behalf of all others similarly situated,

vs.                                                    Plaintiff(s)

THE UNIVERSITY OF OKLAHOMA; JOSEPH HARROZ, JR., President; JEFF BLAHNIK, Vice President for Division of Enrollment Management & Executive Director of Office of Admissions & Recruitment; COURTNEY HENDERSON, Executive Director of Financial Aid Services; and DORION BILLUPS, Director of Diversity Enrichment Programs,

Defendant(s)

Case No. CIV-24-495-PRW

## REQUEST FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1. Full name: David H. Thompson

2. State bar membership number: 450503 (DC)

3. Business address, telephone and fax numbers:
   Cooper & Kirk, PLLC
   1523 New Hampshire Avenue, Northwest
   Washington, DC 20036
   Telephone: (202) 220-9600; Facsimile: (202) 220-9601

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   See addendum attached.

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   ☐ Yes  ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   ☐ Yes  ☑ No
   (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?   ☑ Yes  ☐ No

   A check for $100 should be made payable to the U.S. District Court Clerk.
   (United States Government Attorneys are exempted from paying this fee.)

DATED this   15th   day of   May 2024   .

/s/David H. Thompson
Signature of Applicant

005/rvsd 04-23

## ADDENDUM:
## DAVID H. THOMPSON'S BAR/COURT ADMISSIONS

| STATE | |
|---|---|
| **Bar** | **Status** |
| New York | In Good Standing |
| District of Columbia | In Good Standing |
| FEDERAL | |
| **Court** | **Status** |
| U.S. District Court for: | |
| District of Columbia | In Good Standing |
| Western District of Michigan | In Good Standing |
| Northern District of Florida | In Good Standing |
| U.S. Court of Appeals: | |
| First Circuit | In Good Standing |
| Second Circuit | In Good Standing |
| Third Circuit | In Good Standing |
| Fourth Circuit | In Good Standing |
| Fifth Circuit | In Good Standing |
| Sixth Circuit | In Good Standing |
| Seventh Circuit | In Good Standing |
| Eighth Circuit | In Good Standing |
| Ninth Circuit | In Good Standing |
| Tenth Circuit | In Good Standing |
| Eleventh Circuit | In Good Standing |
| Federal Circuit | In Good Standing |
| District of Columbia Circuit | In Good Standing |
| Other Federal Courts: | |
| U.S. Court of Federal Claims | In Good Standing |
| U.S. Supreme Court | In Good Standing |