# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

BRAYDEN JOHNSON, LOGAN RHINES, and KAYLA
SAVAGE, individually, and on behalf of all others similarly
situated,

)
)
)
)
)

vs.                                    Plaintiff(s)    )    Case No.   CIV-24-495-PRW
                                                       )
THE UNIVERSITY OF OKLAHOMA; JOSEPH HARROZ, JR., President;   )
JEFF BLAHNIK, Vice President for Division of Enrollment Management &   )
Executive Director of Office of Admissions & Recruitment; COURTNEY   )
HENDERSON, Executive Director of Financial Aid Services; and   )
DORION BILLUPS, Director of Diversity Enrichment Programs,   )
                                                       )
                                    Defendant(s)    )

## REQUEST FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1.  Full name: __Samuel D. Adkisson_____

2.  State bar membership number: __24 13 12 12 (Texas)_____    _____

3.  Business address, telephone and fax numbers:

    Cooper & Kirk, PLLC
    1523 New Hampshire Avenue, Northwest
    Washington, DC 20036
    Telephone: (202) 220-9600; Facsimile: (202) 220-9601

4.  List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

    See addendum attached.

5.  Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?    ☐ Yes  ☑ No

6.  Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?    ☐ Yes  ☑ No
    (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7.  Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?    ☑ Yes  ☐ No

    A check for $100 should be made payable to the U.S. District Court Clerk.
    (United States Government Attorneys are exempted from paying this fee.)

DATED this ___15th___ day of __May 2024_____.

005/rvsd 04-23

_/s/Samuel D. Adkisson_____
Signature of Applicant

**ADDENDUM:**
**SAMUEL D. ADKISSON'S BAR/COURT ADMISSIONS**

| STATE | |
|---|---|
| **Bar** | **Status** |
| Texas | In Good Standing |
| District of Columbia | In Good Standing |
| Virginia | In Good Standing |
| FEDERAL | |
| **Court** | **Status** |
| U.S. District Court for: | |
| Southern District of Texas | In Good Standing |
| U.S. Court of Appeals: | |
| Sixth Circuit | In Good Standing |
| Ninth Circuit | In Good Standing |