## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRAYDEN JOHNSON, LOGAN RHINES, and KAYLA SAVAGE, individually, and on behalf of all others similarly situated, | |
| *Plaintiffs*, | |
| vs. | Case No. CIV-24-495-PRW |
| THE UNIVERSITY OF OKLAHOMA; JOSEPH HARROZ, JR., President; JEFF BLAHNIK, Vice President for Division of Enrollment Management & Executive Director of Office of Admissions & Recruitment; COURTNEY HENDERSON, Executive Director of Financial Aid Services; and DORION BILLUPS, Director of Diversity Enrichment Programs, | |
| *Defendants*. | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Civil Rules 83.2(g) and 83.3(b), Ryan Haynie, a member of good standing of the Oklahoma Bar who is authorized to practice in this Court, hereby moves this Honorable Court for entry of an order admitting Peter A. Patterson of Cooper & Kirk, PLLC, to practice before the Court *pro hac vice* on behalf of Plaintiffs Brayden Johnson, Logan Rhines, and Kayla Savage. The undersigned counsel hereby certifies:

1.      Peter A. Patterson is a member in good standing of the Bars of the District of Columbia and Ohio, where he is licensed.

2.      Attached to this motion is Peter A. Patterson's completed Request for Admission *Pro Hac Vice*.

WHEREFORE, the undersigned counsel respectfully requests that this Honorable Court enter an order granting Peter A. Patterson leave to appear *pro hac vice* on behalf of Plaintiffs in this matter.


Dated: May 15, 2024                                    Respectfully submitted,


                                        *s/ Ryan Haynie*
                                        Ryan Haynie, OBA No. 32796
                                        OKLAHOMA COUNCIL OF PUBLIC
                                        AFFAIRS
                                        1401 N. Lincoln Blvd.
                                        Oklahoma City, OK, 73104
                                        Telephone: (405) 590-6070
                                        Email: ryan@ocpathink.org