**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| BRAYDEN JOHNSON, LOGAN RHINES, and KAYLA SAVAGE, individually, and on behalf of all others similarly situated, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. CIV-24-495-PRW |
| v. | ) ) ) | |
| THE UNIVERSITY OF OKLAHOMA, et al., | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Before the Court is Plaintiffs' Motion for Admission Pro Hac Vice (Dkt. 4), filed May 15, 2024, seeking the admission of David H. Thompson *pro hac vice*. Upon review, the Court **GRANTS** the Motion (Dkt. 4). David H. Thompson is admitted to practice before this Court for the limited purpose of participating in this case on behalf of Plaintiffs, provided Mr. Thompson becomes properly registered in the Court's Electronic Case Filing System and files an entry of appearance, consistent with LCvR 83.4.

**IT IS SO ORDERED** this 16th day of May 2024.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

1