IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

BRAYDEN JOHNSON et al., )
)
)
)
Plaintiff(s), )
)
v. ) Case No. CIV-24-495-PRW
THE UNIVERSITY OF OKLAHOMA, et al. )
)
)
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

__Plaintiffs__, __Brayden Johnson, Logan Rhines, & Kayla Savage__.
(Plaintiff/Defendant)         (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Samuel D. Adkisson          May 17, 2024
Signature                      Date

Samuel D. Adkisson
Print Name

Cooper & Kirk PLLC
Firm

Criminal Cases Only:

☑ Retained or USA

1523 New Hampshire Ave. NW
Address

☐ CJA Appointment

Washington, DC 20036
City          State          Zip Code

☐ Federal Public Defender

(202) 220-9600
Telephone

☐ Pro Bono

☐ CJA Training Panel

sadkisson@cooperkirk.com
Internet E-mail Address

REVISED 05/14/18

## *Certificate of Service*

☑ I hereby certify that on **May 17, 2024**, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

s/ **Samuel D. Adkisson**
s/ Attorney Name