# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRAYDEN JOHNSON, LOGAN RHINES, and KAYLA SAVAGE, individually, and on behalf of all others similarly situated, <br><br> *Plaintiffs* <br> vs. <br> THE UNIVERSITY OF OKLAHOMA; JOSEPH HARROZ, JR., President; JEFF BLAHNIK, Vice President for Division of Enrollment Management & Chief Enrollment Officer; COURTNEY HENDERSON, Executive Director of Financial Aid Services; and DORION BILLUPS, Director of Connection and Student Engagement, <br><br> *Defendants*. | CASE NO. CIV-24-495-PRW |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants. I certify that I am admitted to practice in this Court and registered to file documents electronically with this Court.

Dated:  July 15, 2024

Respectfully submitted,

/s/ Michael Burrage
Michael Burrage, OBA No. 1350
Patricia A. Sawyer, OBA No. 30712
**WHITTEN BURRAGE**
512 North Broadway Avenue, Ste 300
Oklahoma City, OK 73102
Telephone (405) 516-7800
Facsimile (405) 516-7859
mburrage@whittenburragelaw.com
psawyer@whittenburragelaw.com

## CERTIFICATE OF SERVICE

 I hereby certify that on July 15, 2024, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

*s/ Michael Burrage*