IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRAYDEN JOHNSON, LOGAN RHINES, and KAYLA SAVAGE, individually, and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE UNIVERSITY OF OKLAHOMA, ET AL.<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 5:24-cv-00495-PRW<br>)<br>)<br>)<br>)<br>)<br>) |

## **DEFENDANTS' AMENDED MOTION TO DISMISS THE COMPLAINT**

Defendants the University of Oklahoma, Joseph Harroz, Jr., Jeff Blahnik, Courtney Henderson, and Dorion Billups respectfully move the Court to dismiss Plaintiffs' Complaint under Rule 12(b)(6) and Rule 12(b)(1).

As discussed fully in the accompanying brief in support, Plaintiffs cannot state a claim against the University under 42 U.S.C. § 1983, for violation of the Equal Protection Clause, because the University is not a "person" covered by § 1983. Further, Plaintiffs cannot state a Title VI claim against the University Officials because Title VI only applies to the University, as an entity, and the *Ex parte Young* fiction is irrelevant for the Title VI claim because the University is subject to injunctive relief, in the event such relief is appropriate (here it is not).

Additionally, Plaintiffs simply fail to state viable claims under the Equal Protection Clause or Title VI because Plaintiffs do not plead facts establishing that the University engaged in, or presently engages in, intentional race discrimination in the awarding of

financial aid. Further, Plaintiffs do not plead facts to demonstrate they were personally deprived of financial aid because of their race. Plaintiffs' failure to plead facts supporting a personal injury resulting from intentional race discrimination, in addition to negating a key element of their claims for purposes of Rule 12(b)(6), also prevents Plaintiffs from establishing Article III standing, necessitating dismissal under Rule 12(b)(1).

**Wherefore**, Defendants respectfully move this Court to dismiss Plaintiffs' Complaint, in its entirety, pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(1).

Date:  July 15, 2024

Respectfully submitted,

Armand Paliotta, OBA #15320
**UNIVERSITY OF OKLAHOMA**
Office of Legal Counsel
660 Parrington Oval, Suite 213
Norman, Oklahoma 73019
Telephone: (405) 325-4124
Facsimile: (405) 325-7681
apaliotta@ou.edu

*University General Counsel*

/s/ Michael Burrage
Michael Burrage, OBA No. 1350
Patricia A. Sawyer, OBA No. 30712
**WHITTEN BURRAGE LAW FIRM**
512 North Broadway Avenue, Ste 300
Oklahoma City, OK 73102
Telephone (405) 516-7800
Facsimile (405) 516-7859
mburrage@whittenburragelaw.com
psawyer@whittenburragelaw.com

Hayley E. Hanson, *pro hac vice pending*
Derek Teeter, *pro hac vice pending*
Michael T. Raupp, *pro hac vice pending*
**HUSCH BLACKWELL LLP**
4801 Main, Suite 1000
Kansas City, MO 64112
T (816) 983-8000
F (816) 983-8080
hayley.hanson@huschblackwell.com
derek.teeter@huschblackwell.com
michael.raupp@huschblackwell.com

Daniel G. Solomon, *pro hac vice pending*
**HUSCH BLACKWELL LLP**
1801 Penn. Ave, NW, Suite 1000
Washington, DC 20006
T (202) 378-2300
F (202) 378-2319
danny.solomon@huschblackwell.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 15, 2024, I filed a copy of the foregoing with the Court using the ECF system, which sent electronic notification to all counsel of record.

/s/ Michael Burrage
Michael Burrage

3