IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRAYDEN JOHNSON, LOGAN RHINES, and KAYLA SAVAGE, individually, and on behalf of all others similary situated<br><br>Plaintiff(s),<br><br>v.<br><br>THE UNIVERSITY OF OKLAHOMA, et al.<br><br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Case No. CIV-24-495-PRW<br>)<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

__Defendants__, __The University of Oklahoma, Joseph Harroz, Jr., Jeff Blahnik, Courtney Henderson, and Dorion Billups__.
(Plaintiff/Defendant)                    (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Armand Paliotta                                      July 15, 2024
Signature                                                          Date

Armand Paliotta
Print Name

The University of Oklahoma
Firm

660 Parrington Oval, Suite 213
Address

Norman, OK 73019
City                        State                        Zip Code

405-325-4124
Telephone

apaliotta@ou.edu
Internet E-mail Address

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

REVISED 05/14/18

## Certificate of Service

☑ I hereby certify that on July 15, 2024, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

s/ Armand Paliotta
s/ Attorney Name