UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRAYDEN JOHNSON, LOGAN RHINES, and KAYLA SAVAGE, individually, and on behalf of other similarly situated,<br><br>vs.                                              Plaintiff(s)<br><br>THE UNIVERSITY OF OKLAHOMA, et al.<br><br>                                                  Defendant(s) | )<br>)<br>)<br>)<br>)   Case No. CIV-24-495-PRW<br>)<br>)<br>)<br>)<br>) |

## REQUEST FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1. Full name: Daniel G. Solomon

2. State bar membership number: 2302090002 (Maryland); 1781913 (District of Columbia)

3. Business address, telephone and fax numbers:
   Husch Blackwell LLP
   1801 Pennsylvania Avenue, NW, Suite 1000
   Washington, D.C. 20006
   Telephone: (202) 378-2300; Facsimile: (202) 378-2319

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   See Addendum attached.

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   ☐ Yes   ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   ☐ Yes   ☑ No
   (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?   ☑ Yes   ☐ No

A check for $100 should be made payable to the U.S. District Court Clerk.
(United States Government Attorneys are exempted from paying this fee.)

DATED this  11th  day of  July  .

005/rvsd 04-23

EXHIBIT 1

/s/ Daniel G. Solomon
Signature of Applicant

## ADDENDUM TO REQUEST FOR ADMISSION *PRO HAC VICE*
## BAR/COURT ADMISSIONS OF DANIEL G. SOLOMON

4. I am a member "in good standing" to practice law in the following state and federal courts or bar associations:

**State Bar Associations:**
- Missouri
- District of Columbia
- Marland

**U.S. District Courts for the:**
- Eastern District of Missouri
- Central District of Illinois

**U.S. Courts of Appeals for the:**
- Fourth Circuit
- Fifth Circuit
- Eighth Circuit
- Ninth Circuit
- DC Circuit

**U.S. Supreme Court**