UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

BRAYDEN JOHNSON, LOGAN RHINES, and KAYLA SAVAGE, individually, and on behalf of all other similarly situated, )
)
)
)
vs.                                    Plaintiff(s)   )   Case No.  CIV-24-495-PRW
)
THE UNIVERSITY OF OKLAHOMA, et al.    )
)
)
)
Defendant(s)   )

## REQUEST FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1. Full name: Michael T. Raupp

2. State bar membership number: 25831 (KS); 65121(MO)

3. Business address, telephone and fax numbers:
   Husch Blackwell LLP
   4801 Main Street, Suite 1000
   Kansas City, MO 64112
   Telephone: (816) 983-8000; Facsimile: (816) 983-8080

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   See Addendum attached.

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?  ☐ Yes  ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?  ☐ Yes  ☑ No
   (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?  ☑ Yes  ☐ No

A check for $100 should be made payable to the U.S. District Court Clerk.
(United States Government Attorneys are exempted from paying this fee.)

DATED this  11th  day of  July  .

005/rvsd 04-23

**EXHIBIT 1**

/s/ Michael T. Raupp
Signature of Applicant

## ADDENDUM TO REQUEST FOR ADMISSION *PRO HAC VICE*
## BAR/COURT ADMISSIONS OF MICHAEL T. RAUPP

4. I am a member "in good standing" to practice law in the following state and federal courts or bar associations:

**State Bar Associations:**
- Missouri
- Kansas

**U.S. District Courts for the:**
- Western District of Missouri
- District of Kansas
- Eastern District of Wisconsin
- Northern District of Illinois
- Central District of Illinois
- Northern District of Texas
- Southern District of Indiana

**U.S. Courts of Appeals for the:**
- Third Circuit
- Fourth Circuit
- Fifth Circuit
- Sixth Circuit
- Seventh Circuit
- Eighth Circuit
- Ninth Circuit
- Tenth Circuit
- Eleventh Circuit
- DC Circuit

**U.S. Supreme Court**

**U.S. Court of Federal Claims**

4881-5229-5631.1