## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BRAYDEN JOHNSON, LOGAN RHINES, and KAYLA SAVAGE, individually, and on behalf of all others similarly situated, | ) ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | Case No. 5:24-cv-00495-PRW |
| THE UNIVERSITY OF OKLAHOMA, et al. | ) ) ) ) | |
| *Defendants*. | ) ) | |

### MOTION FOR ADMISSION *PRO HAC VICE* OF HAYLEY HANSON

Pursuant to Local Civil Rules 83.2(g) and 83.3(b),  Michael Burrage, a member in good standing of the Oklahoma Bar who is authorized to practice in this Court hereby moves this Court for an Order admitting Hayley Hanson of Husch Blackwell LLP to appear *pro hac vice* on behalf of Defendants the University of Oklahoma, Joseph Harroz, Jr., Jeff Blahnik, Courtney Henderson, and Dorion Billups in the above-captioned action.  The undersigned counsel hereby certifies:

1.      Hayley Hanson is a member in good standing of the bar of the highest court of the State of Kansas, where she resides.

2.      Hayley Hanson's Request for Admission *Pro Hac Vice* is attached hereto as Exhibit 1.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Hayley Hanson admission to appear *pro hac vice* as counsel for Defendants in this matter.

Dated:  July 16, 2024

Respectfully submitted,

*/s/* Michael Burrage
Michael Burrage, OBA No. 1350
Patricia A. Sawyer, OBA No. 30712
**WHITTEN BURRAGE**
512 North Broadway Avenue, Ste 300
 Oklahoma City, OK 73102
Telephone (405) 516-7800
Facsimile (405) 516-7859
mburrage@whittenburragelaw.com
psawyer@whittenburragelaw.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2024, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

*/s/* Michael Burrage

2