IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRAYDEN JOHNSON, LOGAN RHINES, and KAYLA SAVAGE, individually, and on behalf of all others similarly situated, <br><br>    Plaintiffs, <br><br>v. <br><br>THE UNIVERSITY OF OKLAHOMA, et al., <br><br>    Defendants. | Case No. CIV-24-495-PRW |

## **ORDER**

Before the Court is Defendants' Motion for Admission Pro Hac Vice (Dkt. 26), filed July 16, 2024, seeking the admission of Hayley Hanson *pro hac vice*. Upon review, the Court **GRANTS** the Motion (Dkt. 26). Hayley Hanson is admitted to practice before this Court for the limited purpose of participating in this case on behalf of Defendants, provided Ms. Hanson becomes properly registered in the Court's Electronic Case Filing System and files an entry of appearance, consistent with LCvR 83.4.

**IT IS SO ORDERED** this 17th day of July 2024.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

1