**IN UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| BRAYDEN JOHNSON, LOGAN RHINES, and KAYLA SAVAGE, individually, and on behalf of all others similarly situated, | |
| *Plaintiffs*, | |
| v. | |
| THE UNIVERSITY OF OKLAHOMA; JOSEPH HARROZ, JR., President; JEFF BLAHNIK, Vice President for Division of Enrollment Management & Executive Director of Office of Admissions & Recruitment; COURTNEY HENDERSON, Executive Director of Financial Aid Services; and DORION BILLUPS, Director of Diversity Enrichment Programs, | Case No. 5:24-CV-00495 |
| *Defendants*. | |

## MOTION TO WITHDRAW AS ATTORNEY

Pursuant to LCvR 83.5, Attorney Kate Hardiman respectfully notifies this Court that she has left the firm of Cooper & Kirk, PLLC, and moves this Court for leave to withdraw Ms. Hardiman from this case as counsel for Plaintiffs. Attorneys David H. Thompson, Peter A. Patterson, Samuel D. Adkisson, and Ryan A. Haynie, who are listed on the docket in this matter, remain counsel of record for the Plaintiffs, and will continue to receive service of all subsequent filings.

Dated: July 19, 2024

Respectfully submitted,

/s/Kate Hardiman
Kate Hardiman
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
Phone: (202) 220-9600

Fax: (202) 220-9601
khrhodes@cooperkirk.com

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will cause a copy of the document to be served electronically on all parties or their counsel.

Dated: July 19, 2024                    /s/Kate Hardiman
                                        Kate Hardiman

                                        *Attorney for Plaintiffs*