IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

BRAYDEN JOHNSON, LOGAN RHINES, and KAYLA SAVAGE, individually, and on behalf of all others similarly situated,

        Plaintiffs,

v.

THE UNIVERSITY OF OKLAHOMA, et al.,

        Defendants.

Case No. CIV-24-495-PRW

## ORDER

Before the Court is Plaintiffs' Motion to Withdraw as Attorney (Dkt. 31), seeking leave for attorney Kate Hardiman to withdraw as counsel of record in this case. The Court is advised that Ms. Hardiman has left the firm of Cooper & Kirk, PLLC, but that Plaintiffs will continue to be represented by counsel, including David H. Thompson, Peter A. Patterson, Samuel D. Adkisson, and Ryan A. Haynie, who have entered appearances on behalf of Plaintiffs. Local Rule LCvR 83.5 permits withdrawal of an attorney so long as (1) the withdrawing attorney gives reasonable notice to her clients and all other parties who have appeared in the case and (2) the judge assigned to the case grants leave to withdraw.

Upon review of the filing, the Court hereby **GRANTS** Plaintiffs' Motion (Dkt. 31); Kate Hardiman may withdraw as counsel of record for Plaintiffs in this matter. No conditions need to be imposed upon the withdrawal as Plaintiffs remains represented by counsel.

**IT IS SO ORDERED** this 19th day of July 2024.

                                                                     _____
                                                                     PATRICK R. WYRICK
                                                                     UNITED STATES DISTRICT JUDGE