IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

BRAYDEN JOHNSON, LOGAN RHINES, and KAYLA SAVAGE, individually, and on behalf of all others )
)
)
)
)
Plaintiff(s), )
)
v. )  Case No. 5:24-cv-00495-PRW
)
THE UNIVERSITY OF OKLAHOMA, et al., )
)
)
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Amicus Curaie, American Civil Liberties Union of Oklahoma Foundation.
(Plaintiff/Defendant)    (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Adam Hines                    07/25/2024
Signature                        Date

Adam Hines
Print Name

American Civil Liberties Union of Oklahoma Foundation
Firm

PO Box 13327
Address

Oklahoma City,        OK        73113
City                  State     Zip Code

(405) 525-3831
Telephone

ahines@acluok.org
Internet E-mail Address

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

REVISED 05/14/18

## Certificate of Service

[✔] I hereby certify that on July 25, 2024, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

[ ] I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

s/ Adam Hines
_____
s/ Attorney Name