IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRAYDEN JOHNSON, LOGAN RHINES, and KAYLA SAVAGE, individually, and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br>v.<br><br>THE UNIVERSITY OF OKLAHOMA, *et al.*,<br><br>    *Defendants*. | Civil Action No.: 5:24-cv-00495-PRW<br><br>Hon. Patrick Robert Wyrick |

## **MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Civil Rule 83.2(g), undersigned counsel, as counsel for Civil Rights Amici, hereby applies for Admission Pro Hac Vice of Maya Brodziak to appear as counsel in the above-referenced matter for purposes of representing Civil Rights Amici. The undersigned counsel hereby certifies that Maya Brodziak is a member in good standing of the bar of the highest court of the State of New York. As required by the subject rule, a copy of Maya Brodziak's Request for Admission Pro Hac Vice is submitted contemporaneously herewith.

WHEREFORE, undersigned counsel respectfully requests that the Court enter an Order granting the Request for Admission Pro Hac Vice of Maya Brodziak.

Respectfully submitted,

By:   */s/ Megan Lambert*
Megan Lambert, OK Bar No. 33216
Adam Hines, OK Bar No. 35640
ACLU OF OKLAHOMA
PO Box 13327
Oklahoma City, OK 73113
Tel: (405) 524-8511
mlambert@acluok.org
ahines@acluok.org

Dated:   July 25, 2024

Maya Brodziak, *pro hac vice pending*
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street N.W., Suite 900
Washington, DC 20005
Tel: (202) 662-8339
mbrodziak@lawyerscommittee.org

*Attorneys for Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2024, I electronically filed the foregoing Motion for Admission Pro hac Vice with the Clerk of the Court via the Court's Cm/ECF system, which affects service upon all counsel of record.

/s/ Megan Lambert
Megan Lambert
Oklahoma Bar Number: 33216
American Civil Liberties Union of
Oklahoma Foundation
P.O. Box 13327
Oklahoma City, OK 73113
(405) 524-8511
mlambert@acluok.org

*Counsel for Amici Curiae*

2