## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

|  |  |
|---|---|
| BRAYDEN JOHNSON, LOGAN RHINES, and KAYLA SAVAGE, individually, and on behalf of all others similarly situated,<br><br>　　　　　　　　*Plaintiffs*,<br>　　v.<br><br>THE UNIVERSITY OF OKLAHOMA, *et al.*,<br><br>　　　　　　　　*Defendants*. | Civil Action No.: 5:24-cv-00495-PRW<br><br>Hon. Patrick Robert Wyrick |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Civil Rule 83.2(g), undersigned counsel, as counsel for *amici curiae*, hereby applies for Admission Pro Hac Vice of Chavis Jones to appear as counsel in the above-referenced matter for purposes of representing Civil Rights Amici. The undersigned counsel hereby certifies that Chavis Jones is a member in good standing of the bar of the highest court of the District of Columbia, the capital city of the United States. As required by the subject rule, a copy of Chavis Jones's Request for Admission Pro Hac Vice is submitted contemporaneously herewith.

WHEREFORE, undersigned counsel respectfully requests that the Court enter an Order granting the Request for Admission Pro Hac Vice of Chavis Jones.

Respectfully submitted,

By:  */s/ Megan Lambert*
Megan Lambert, OK Bar No. 33216
Adam Hines, OK Bar No. 35640
ACLU OF OKLAHOMA
PO Box 13327
Oklahoma City, OK 73113
Tel: (405) 524-8511
mlambert@acluok.org
ahines@acluok.org

Dated:    July 25, 2024

Chavis Jones, *pro hac vice pending*
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street N.W., Suite 900
Washington, DC  20005
Tel: (202) 662-8358
cjones@lawyerscommittee.org

*Attorneys for Amici Curiae*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2024, I electronically filed the foregoing Motion for

Admission Pro hac Vice with the Clerk of the Court via the Court's Cm/ECF system, which

affects service upon all counsel of record.

> */s/ Megan Lambert*
> Megan Lambert
> Oklahoma Bar Number: 33216
> American Civil Liberties Union of
> Oklahoma Foundation
> P.O. Box 13327
> Oklahoma City, OK 73113
> (405) 524-8511
> mlambert@acluok.org
>
> *Counsel for Amici Curiae*

2