# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRAYDEN JOHNSON, LOGAN RHINES, and KAYLA SAVAGE, individually, and on behalf of all others similarly situated, | |
| Plaintiffs, | Case No. CIV-24-495-PRW |
| v. | |
| THE UNIVERSITY OF OKLAHOMA, et al., | |
| Defendants. | |

## ORDER

Before the Court is Amici's Motion for Admission Pro Hac Vice (Dkt. 39), filed July 25, 2024, seeking the admission of Maya Brodziak *pro hac vice*. Upon review, the Court **GRANTS** the Motion (Dkt. 39). Maya Brodziak is admitted to practice before this Court for the limited purpose of participating in this case on behalf of Amici, provided Maya Brodziak becomes properly registered in the Court's Electronic Case Filing System and files an entry of appearance, consistent with LCvR 83.4.

**IT IS SO ORDERED** this 8th day of August 2024.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

1