# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRAYDEN JOHNSON, LOGAN RHINES, and KAYLA SAVAGE, individually, and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>THE UNIVERSITY OF OKLAHOMA, et al.,<br><br>        Defendants. | Case No. CIV-24-495-PRW |

## ORDER

Before the Court is Amici's Partially Unopposed Motion of Civil Rights Amici for Leave to File Amici Curiae Brief in Support of Defendants' Motion to Dismiss (Dkt. 41), seeking leave to file an amicus brief in support of Defendants' position. Plaintiffs do not oppose the Motion and Defendants take no position. For good cause shown, the Motion (Dkt. 41) is **GRANTED**. Amici may file their brief by August 15, 2024.

**IT IS SO ORDERED** this 8th day of August 2024.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE