**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

Date: August 15, 2024

| | |
|---|---|
| BRAYDEN JOHNSON, et al., ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | |
| v. ) | Case No. CIV-24-495-PRW |
| ) | |
| THE UNIVERSITY OF OKLAHOMA, et al., ) | |
| ) | |
|    Defendants. ) | |

**ENTER ORDER:**

On July 15, 2024, Defendants filed a Motion to Dismiss (Dkt. 19), which was not a complete document. On July 15, 2024, Defendants filed an Amended Motion to Dismiss (Dkt. 21). Because an amended motion has been filed, the Court **FINDS** that Defendant's Motion to Dismiss (Dkt. 19) is now **MOOT**.

By direction of Judge Patrick R. Wyrick, we have entered the above enter order.

                                                JOAN KANE, Court Clerk

                                                By:   s/*Kathy Spaulding*
                                                               Deputy Clerk