# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

Date: August 16, 2024

| | |
|---|---|
| BRAYDEN JOHNSON, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. CIV-24-495-PRW |
| THE UNIVERSITY OF OKLAHOMA, et al., | ) |
| Defendants. | ) |

**ENTER ORDER:**

      Before the Court is Defendants' Amended Motion to Dismiss Plaintiff's Complaint (Dkt. 21). On August 5, 2024, Plaintiff filed a First Amended Class Action Complaint (Dkt. 42). Because a First Amended Class Action Complaint has been filed, the Court **FINDS** that Defendants' Amended Motion to Dismiss Plaintiff's Complaint (Dkt. 21) is now **MOOT**.

By direction of Judge Patrick R. Wyrick, we have entered the above enter order.

                                                    Joan Kane, Court Clerk

                                            By: s/*Kathy Spaulding*
                                                     Deputy Clerk