IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRAYDEN JOHNSON, LOGAN RHINES, and KAYLA SAVAGE, individually, and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE UNIVERSITY OF OKLAHOMA, ET AL.<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 5:24-cv-00495-PRW<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANTS' MOTION TO DISMISS
### PLAINTIFFS' FIRST AMENDED COMPLAINT

Defendants the University of Oklahoma, Joseph Harroz, Jr., Jeff Blahnik, Courtney Henderson, and Dorion Billups respectfully move the Court to dismiss Plaintiffs' First Amended Complaint under Rule 12(b)(6) and Rule 12(b)(1).

As discussed fully in the accompanying brief in support, Plaintiffs fail to state claims under the Equal Protection Clause or Title VI because Plaintiffs do not plead facts plausibly alleging that the University engaged in, or presently engages in, intentional race discrimination in the awarding of financial aid. Plaintiffs also fail to plead facts showing that they were personally deprived of financial aid because of their race. Plaintiffs' failure to plead facts supporting a personal injury resulting from intentional race discrimination, in addition to negating a key element of their claims for purposes of Rule 12(b)(6), also prevents Plaintiffs from establishing Article III standing, necessitating dismissal under Rule 12(b)(1).

1

**Wherefore**, Defendants respectfully move this Court to dismiss Plaintiffs' Complaint, in its entirety, pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(1).

Date: August 19, 2024

Respectfully submitted,

Armand Paliotta, OBA #15320
**UNIVERSITY OF OKLAHOMA**
Office of Legal Counsel
660 Parrington Oval, Suite 213
Norman, Oklahoma 73019
Telephone: (405) 325-4124
Facsimile: (405) 325-7681
apaliotta@ou.edu

*University General Counsel*

/s/ *Michael Burrage*
Michael Burrage, OBA No. 1350
Patricia A. Sawyer, OBA No. 30712
**WHITTEN BURRAGE LAW FIRM**
512 North Broadway Avenue, Ste 300
Oklahoma City, OK 73102
Telephone (405) 516-7800
Facsimile (405) 516-7859
mburrage@whittenburragelaw.com
psawyer@whittenburragelaw.com

Hayley E. Hanson, *admitted PHV*
Derek Teeter, *admitted PHV*
Michael T. Raupp, *admitted PHV*
**HUSCH BLACKWELL LLP**
4801 Main, Suite 1000
Kansas City, MO 64112
T (816) 983-8000
F (816) 983-8080
hayley.hanson@huschblackwell.com
derek.teeter@huschblackwell.com
michael.raupp@huschblackwell.com

>Daniel G. Solomon, *admitted PHV*
>**HUSCH BLACKWELL LLP**
>1801 Penn. Ave, NW, Suite 1000
>Washington, DC 20006
>T (202) 378-2300
>F (202) 378-2319
>danny.solomon@huschblackwell.com
>
>*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 19, 2024, I filed a copy of the foregoing with the Court using the ECF system, which sent electronic notification to all counsel of record.

>/s/ Michael Burrage
>Michael Burrage